1  Berehanu H. Challa, Esq., SBN 179405
   LAW OFFICES OF BEREHANU H. CHALLA
2  1600 Adams Drive, Suite 217
   Menlo Park, CA 94025
3  Tel. (650)688-5786, Facsimile (650)688-5787

4  Attorney for Plaintiff
   NOEL HOLLAND
5
   DALE L. ALLEN, JR., # 145279
6  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
7  San Francisco, California 94111-2584
   Tel.(415)981-6630, Facsimile (415)982-1634
8
   Attorneys for Defendants
9  WESTPORT INSURANCE CORPORATION and
   CLAIMS MANAGEMENT SERVICES, INC.
10
                    IN THE UNITED STATES DISTRICT COURT FOR
11
                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
12
                                    OAKLAND DIVISION
13

| | |
|---|---|
| NOEL HOLLAND, | NINTH CIRCUIT APP. COURT D. No. 04-73416 |
| | DISTRICT COURT CASE NO.: C 04-01238 CW ARB |
| Plaintiff, | |
| vs. | |
| WESTPORT INSURANCE CORPORATION, CLAIMS MANAGEMENT SERVICES and DOES 1-4 INCLUSIVE, | PLAINTIFF'S [~~PROPOSED~~] STIPULATION TO SUBMIT TO BINDING ARBITRATION UNDER THE LOCAL RULES OF ARBITRATION OF US DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA |
| Defendants. | |

   The parties in this action hereby stipulate to: (a) consent to submit to arbitration under Northern District Local Rules for Arbitration Rule 4-3 to determine the amount of payment Defendant WESTPORT INSURANCE CORPORATION may pay to Plaintiff due to the accident; (b) waive the right to request a trial *de novo* within 30 days under ADR Local Rule 4-12 after the filing of the arbitration award; and (c) abide by the Northern District Federal Court's Local Rules for ADR in selection of an arbitrator.  The parties hereby submit the stipulation to the Court for approval.

                                           1

| | | |
|---|---|---|
| 1 | Dated: Nov., 4, 2005 | Respectfully submitted |
| 2 | | LAW OFFICES OF BEREHANU H. CHALLA |
| 3 | | by: _____(C)_____ |
| | | Berehanu H. Challa, Esq. |
| 4 | | Attorney for Plaintiff |
| | | NOEL HOLLAND |

Dated: Nov., 4, 2005      Respectfully submitted

LOW, BALL & LYNCH

by: _____
Dale L. Allen, Jr., Esq.
Attorney for Defendants
WESTPORT INSURANCE CORPORATION and
CLAIMS MANAGEMENT SERVICES, INC.

ORDER

The Court hereby approves the parties stipulation and orders the parties to proceed with the arbitration. The Court's ADR will facilitate and assist in the selection of the arbitrator under the ADR Local Rules. IT IS SO ORDERED.

Dated: 10/31, 2005

_____
Honorable CLAUDIA WALKEN
United States District Judge

United States District Court
IT IS SO ORDERED
Judge Claudia Wilken
Northern District of California

2