DALE L. ALLEN, JR., # 145279
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634

Attorneys for Defendants
WESTPORT INSURANCE CORPORATION and
CLAIMS MANAGEMENT SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOEL HOLLAND,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WESTPORT INSURANCE CORPORATION,<br>CLAIMS MANAGEMENT SERVICES, INC., and<br>DOES 1-4,<br><br>　　　　　Defendants. | No. C 04 1238 CW<br><br>DEFENDANT'S [PROPOSED]<br>CONSENT AND STIPULATION<br>TO SUBMIT TO BINDING<br>ARBITRATION UNDER THE<br>NORTHERN DISTRICT LOCAL<br>RULES FOR ARBITRATION FOR<br>THE UNDERLYING<br>UNDERINSURED MOTORIST<br>CLAIM OF NOEL HOLLAND<br>PURSUANT TO CALIFORNIA<br>INSURANCE CODE § 11580.2 |

　　　　The parties in this action hereby consent to the Northern District Local Rules for Arbitration Rule 4-3 and Northern District Federal Court's Local Rules for ADR in selection of an arbitrator for the binding arbitration pursuant to California Insurance Code §11580.2 of the underlying underinsured motorist claim of Noel Holland vs. Westport Insurance Corporation. The parties submit both the consent and the stipulation to the Court for approval.

　　　　Dated: October _____, 2005.　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　LOW, BALL & LYNCH


　　　　　　　　　　　　　　　　　　　　　By /s/ Dale L. Allen, Jr._____
　　　　　　　　　　　　　　　　　　　　　Dale L. Allen, Jr., Esq.
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　　WESTPORT INSURANCE CORPORATION and CLAIMS

-1-
STIPULATION TO SUBMIT TO ADR

J:\1403\sf0007\P-STIP.ADR.wpd　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. C 04 1238 CW

MANAGEMENT SERVICES, INC.

Dated: October _____, 2005.  Respectfully submitted,

LAW OFFICES OF BEREHANU H. CHALLA

By_____
Berehanu H. Challa, Esq.
Attorney for Plaintiff
NOEL HOLLAND

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER:

The Court hereby approves the parties consent and stipulation and orders the parties to proceed with the arbitration. The Court's ADR will facilitate and assist in the selection of the arbitrator under the ADR Local Rules.

IT IS SO ORDERED:

Dated: October __31__, 2005.

_____
Honorable Claudia Wilken
United States District Judge

**United States District Court**
**IT IS SO ORDERED**
**Judge Claudia Wilken**
**Northern District of California**