C-04-1238 CW

**FILED**

ORDER

JUN 2 0 2006

To: All Parties, Counsels and Arbitrator

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff's request to be excused from attending the arbitration is hereby Granted. Plaintiff is required to attend the arbitration by telephone appearance from the prison ward. Plaintiff's attorney of record is instructed to arrange the telephone appearance coordinating the prison requirements and the guidelines of the arbitrator.

IT IS SO ORDERED.

Dated: June 20, 2006

WAYNE D. BRAZIL
United States Magistrate Judge